**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION**

CHARLES S. DEAN, individually, JUDY DEAN, individually, and WILLIAM BUCHANAN, individually,

    Plaintiffs,

vs.

CASE NO.:

DOMETIC CORPORATION, a foreign corporation, ELECTROLUX NORTH AMERICA, INC., a foreign corporation, and ELECTROLUX HOME PRODUCTS, INC., a foreign corporation,

    Defendants.

_____

## NOTICE OF REMOVAL

Defendant Dometic Corporation ("Dometic"), pursuant to 28 U.S.C. §§ 1332, 1441 and 1446, files this notice of removal of the above-styled action to the United States District Court for the Middle District of Florida, Ocala Division, on the basis of diversity of citizenship. In support of such removal, Dometic states as follows:

1. On September 27, 2019, the plaintiffs Charles S. Dean, Judy Dean and William Buchanan (collectively "Plaintiffs") filed a Complaint in the Circuit Court of the Fifth Judicial Circuit in and for Citrus County, Florida (the "Complaint") against Dometic, Electrolux North America, Inc. ("Electrolux North America") and Electrolux Home Products, Inc. ("Electrolux Home," and together with Dometic and Electrolux North America, "Defendants"). A true and correct copy of the Complaint is attached hereto as **Ex. 1**.

2. In the Complaint, Plaintiffs seek to recover damages for property damage to a pole barn and other property from a fire that occurred on April 19, 2017 on the Deans' residence in Inverness, Florida.

3. Dometic has not yet filed an answer or otherwise responded to the Complaint in state court, and by agreement with Plaintiffs' counsel, has until November 13, 2019 to do so.

## PARTIES

4. At the time this action was filed and at the time of the filing of this Notice of Removal, Plaintiffs Charles S. Dean and Judy Dean were and are citizens of the State of Florida. *See* **Ex. 1**, Plaintiffs' Complaint, ¶¶ 3-4, **Ex. 2**, Westlaw PeopleMap Report for Plaintiff Charles S. Dean, **Ex. 2** (making clear that Charles Dean has exclusively resided and maintained property in Florida since at least 1962); and Westlaw PeopleMap Report for Plaintiff Judy Dean, **Ex. 3** (making clear that Judy Dean has exclusively resided and maintained property in Florida since at least 1987)**.**[1]

5. At the time this action was filed and at the time of the filing of this Notice of Removal, Plaintiff William Buchanan was and is a citizen of the State of Florida. *See* **Ex. 1**, Plaintiffs' Complaint, ¶ 5; and **Ex. 4**, Westlaw PeopleMap Report for Plaintiff William

---

[1] Westlaw PeopleMap is a paid subscription service that provides information used for background checks of individuals. Westlaw PeopleMap Reports were obtained for each of the Plaintiffs and said Reports confirmed that at the time this action was filed and at the time of the filing of this Notice of Removal, each Plaintiff was and is a citizen of the State of Florida. As said Reports contain information not readily available to the public, only the information from said Reports that is relevant to this Notice is provided in the relevant Exhibits, with other information having been excluded and/or or redacted.

Buchanan (making clear that William Buchanan has exclusively resided and maintained property in Florida since at least 1990).

6. At the time this action was filed and at the time of the filing of this Notice of Removal Dometic was and is a Delaware corporation with its headquarters and principal place of business in the State of Illinois. A true and correct copy of Dometic's Corporate Detail Report from the Secretary of State of Illinois is attached hereto as **Ex. 5**.

7. At the time this action was filed and at the time of the filing of this Notice of Removal, Electrolux North America was and is an Ohio corporation with its headquarters and principal place of business in the State of North Carolina. A true and correct copy of Electrolux North America's Corporate Detail Report from the Secretary of State of North Carolina is attached hereto as **Ex. 6**.

8. At the time this action was filed and at the time of the filing of this Notice of Removal, Electrolux Home was and is a Delaware corporation with its headquarters and principal place of business in the State of North Carolina. A true and correct copy of Electrolux Home's Corporate Detail Report from the Secretary of State of North Carolina is attached hereto as **Ex. 7**.

## JURISDICTION

9. This Court has subject-matter jurisdiction over this action pursuant to 28 U.S.C. § 1441 because this action originally could have been filed in this Court pursuant to 28 U.S.C. § 1332 as there is complete diversity of citizenship between the parties, and the amount in controversy exceeds $75,000, exclusive of interest and costs.

10. As discussed above, all Plaintiffs are citizens of the State of Florida. The Defendants are citizens of Delaware, Illinois, and North Carolina. As such, there is complete diversity of citizenship between the parties to this action.

11. Here, pursuant to 28 U.S.C. § 1446(b) and *Essenson v. Coale*, 848 F.Supp. 987, 989-990 (M.D. Fla. 1994), Plaintiffs seek recovery of damages and certain other losses caused by the alleged fire in the amount of $545,000.00. A true and correct copy of Plaintiffs' Pre-Suit Demand Letter to Dometic is attached hereto as **Ex. 8**. Thus, the amount in controversy plainly exceeds the statutory threshold of $75,000.00, exclusive of interest and costs.

12. Because there is complete diversity between Plaintiffs and Defendants, and the amount in controversy exceeds the jurisdictional threshold of $75,000.00, diversity jurisdiction exists in this action.

13. Moreover, pursuant to Federal Rule of Civil Procedure Rule 11, the undersigned counsel certifies that Electrolux North America and Electrolux Home consent to the removal of the instant action pursuant to 28 U.S.C. § 1446(b)(2)(A).

14. This case is a suit of a wholly civil nature brought in Florida state court. Pursuant to 28 U.S.C. §1441(a), this civil action may be removed by Dometic to this Court. Because Plaintiffs filed this action in the Circuit Court of the Fifth Judicial Circuit, Citrus County, Florida, the United States District Court for the Middle District of Florida, Ocala Division, is the appropriate venue for removal of Plaintiffs' state court action because it is the "district and division embracing the place where such action is pending." 28 U.S.C. §§ 1441(a), 1391(a).

15. Accordingly, this Court has original jurisdiction over the action, and removal to this Court from the Circuit Court of the Fifth Judicial Circuit, Citrus County, Florida is proper, pursuant to 28 U.S.C. §§ 1332 and 1441, respectively.

16. Dometic's registered agent was served with and Dometic received a copy of Plaintiffs' Complaint on October 9, 2019.

17. Pursuant to 28 U.S.C. § 1441(b), this Notice of Removal is timely filed within thirty (30) days after receipt of the Complaint.

18. A copy of this Notice of Removal will be served on Plaintiffs and filed with the Clerk of the Circuit Court of the Fifth Judicial Circuit, Citrus County, Florida as required by 28 U.S.C. § 1446(d).

19. A copy of the Fifth Judicial Circuit, Citrus County, Florida's electronic docket sheet and entire file in this case, together with all process, pleadings, and orders served upon Dometic in this case are attached hereto as **Ex. 9**, pursuant to 28 U.S.C. § 1446(a).

WHEREFORE, Dometic respectfully requests that this Court assume jurisdiction over this action in accordance with 28 U.S.C. §§ 1332, 1441 and 1446.

Dated: October 23, 2019                    Respectfully submitted:

*/s/ Erica Rutner*
Erica Rutner (Fla. Bar No. 0070510)
erutner@lashgoldberg.com
**LASH & GOLDBERG LLP**
100 Southeast Second Street, Suite 1200
Miami, FL 33131
Telephone: (305) 347-4040
Fax: (305) 347-4050

Keith S. Yamaguchi (PHV to be filed)
kyamaguchi@kmazuckert.com
Michael A. Mintzer (PHV to be filed)
mmintzer@kmazuckert.com
KMA ZUCKERT LLC
200 W. Madison Street, 16th Floor
Chicago, Illinois 60606
T: (312) 345-3000 F (312) 345-3119

Attorneys for Defendant *Dometic Corporation*

## CERTIFICATE OF SERVICE

I hereby certify that on October 23, 2019, I electronically filed Dometic's Notice of Removal and its Exhibits referenced therein using the CM/ECF electronic filing system which will send notification of such filing upon counsel registered with system and a courtesy copy was sent to the following by email:

William J. Grant
Law Office of Grant and Dozier, LLC
123 North Apopka Avenue
Inverness, Florida 34450
Courtfilinsonly@grantdozierlaw.com

Taylor F. Ford
Kimberley D. Healy
King, Blackwell, Zehnder & Wermuth, P.A.
P.O. Box 1631
Orlando, Florida 32802-1631
tford@kbzwlaw.com
khealy@kbzlaw.com

*/s/ Erica Rutner* _____
**Erica Rutner**