## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## OCALA DIVISION

**CHARLES S. DEAN, JUDY DEAN and**
**WILLIAM BUCHANAN, Individually**

    **Plaintiffs,**

v.   Case No: 5:19-cv-547-Oc-30PRL

**DOMETIC CORPORATION,**
**ELECTROLUX NORTH AMERICA,**
**INC. and ELECTROLUX HOME**
**PRODUCTS, INC.,**

    **Defendants.**

## ORDER

    Before the Court is Defendant Dometic Corporation's emergency motion to seal. Defendant requests that the Court seal (1) the Amended Complaint filed by Plaintiffs (Doc. 27) and (2) the instant motion (Doc. 28) while it identifies the privileged information in the Amended Complaint. Given the amount of assertions in the motion and to protect Defendant from prejudice, the Court will grant the motion on a temporary basis.

    Defendant shall file a motion to strike the protected provisions of the Amended Complaint within ten days of the date of this order. Prior to the filing of the motion, Defendant should confer in good faith with Plaintiffs' counsel pursuant to Local Rule 3.01(g). Plaintiffs shall file a response to Defendant's motion ten days thereafter.[1]

---

    [1] Plaintiffs cannot rely on the recently filed notice of 436 pages as their substantive response. (Doc. 29).

- 2 -

Accordingly, Defendant's emergency motion to seal is GRANTED. The Clerk is directed to seal (i) the Amended Complaint (Doc. 27) and (ii) the instant motion (Doc. 28).

**DONE** and **ORDERED** in Ocala, Florida on November 13, 2019.

_____
PHILIP R. LAMMENS
United States Magistrate Judge

Copies furnished to:

Counsel of Record
Unrepresented Parties