# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# OCALA DIVISION

CHARLES S. DEAN, JUDY DEAN and
WILLIAM BUCHANAN, Individually

    Plaintiffs,

v.                                          Case No: 5:19-cv-547-Oc-30PRL

DOMETIC CORPORATION,
ELECTROLUX NORTH AMERICA,
INC. and ELECTROLUX HOME
PRODUCTS, INC.,

    Defendants.

## ORDER

Before the Court is the parties' joint motion to temporarily substitute redacted exhibits in place of exhibits previously filed. (Doc. 37). Previously, this Court granted Defendant's emergency motion to seal Plaintiffs' Amended Complaint on a temporary basis while Defendant identifies privileged information and files a motion to strike. (Doc. 32). In response to Defendant's original motion, Plaintiffs filed a notice of six exhibits and 436 pages. (Doc. 29). The parties now request that this Court replace two exhibits in Plaintiffs' notice (Docs. 29-1, 29-2) with redacted versions (Docs. 37-1, 37-2).

Accordingly, the parties' joint motion is GRANTED. The Clerk is directed to take all steps necessary to effectuate the substitution of exhibits one and two of Plaintiffs' notice (Docs. 29-1, 29-2) with exhibits one and two of the parties' joint motion (Docs. 37-1, 37-2).

**DONE** and **ORDERED** in Ocala, Florida on November 21, 2019.

PHILIP R. LAMMENS
United States Magistrate Judge

Copies furnished to:

Counsel of Record
Unrepresented Parties