**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**OCALA DIVISION**

**CHARLES S. DEAN, JUDY DEAN and**
**WILLIAM BUCHANAN, Individually**

    **Plaintiffs,**

v.    Case No: 5:19-cv-547-Oc-30PRL

**DOMETIC CORPORATION,**
**ELECTROLUX NORTH AMERICA,**
**INC. and ELECTROLUX HOME**
**PRODUCTS, INC.,**

    **Defendants.**

## ORDER

On March 23, 2020, Defendant Dometic Corporation filed a motion to change venue. (Doc. 79). Plaintiffs then filed a response to Dometic's motion. (Doc. 82). Now, Dometic filed a motion for leave to file a reply to Plaintiffs' response. (Doc. 84). Although the Court recognizes that Plaintiffs are opposed to the motion, the Court believes that a reply will be helpful for the resolution of the motion to change venue. Dometic's motion is GRANTED and Dometic shall file a reply not exceeding three pages on or before May 5, 2020.

**DONE** and **ORDERED** in Ocala, Florida on April 30, 2020.

PHILIP R. LAMMENS
United States Magistrate Judge

Copies furnished to:

Counsel of Record
Unrepresented Parties