UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

CHARLES S. DEAN, JUDY DEAN and
WILLIAM BUCHANAN,

    Plaintiffs,

v.                                                                          Case No: 5:19-cv-547-Oc-30PRL

DOMETIC CORPORATION,
ELECTROLUX NORTH AMERICA,
INC. and ELECTROLUX HOME
PRODUCTS, INC.,

    Defendants.

## ORDER OF DISMISSAL

Before the Court is the Plaintiff's Notice of Voluntary Dismissal without Prejudice as to Defendants Electrolux North America, Inc. and Electrolux Home Products, Inc. (Dkt. 93). Upon review and consideration, it is

**ORDERED AND ADJUDGED** as follows:

1. This cause is dismissed without prejudice as to Defendants Electrolux North America, Inc. and Electrolux Home Products, Inc., with each party to bear their own costs and fees.

2. The Clerk is directed to terminate Defendants Electrolux North America, Inc. and Electrolux Home Products, Inc.

**DONE** and **ORDERED** in Tampa, Florida, this 26th day of June, 2020.

*[signature]*
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record